UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

LONG PAINTING COMPANY,

:
:
:

Plaintiff,                          :

-v-                                             :

:
:

GENERAL ELECTRIC COMPANY and        :
ALSTOM RENEWABLE US LLC             :

:

Defendants.      :

-------------------------------------------------------------- X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: January 9, 2018 |

17-cv-9975 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court has reviewed the Complaint (ECF No. 1), and it is not apparent

why venue is proper in the Southern District of New York.  All of the events

referenced occurred outside this District, and the Complaint calls for, inter alia,

interpretation and application of Washington State law.

Plaintiff is directed to file a letter of no more than five pages explaining why

venue is proper in this District **not later than February 1, 2018**.  Defendants may

respond with a letter of no more than five pages **not later than February 15,**

**2018**.  All counsel in receipt of this order shall notify all other parties (or, if known,

their attorneys) of this Order by serving each of them with a copy.

SO ORDERED.

Dated:      New York, New York
            January 9, 2018

_____
KATHERINE B. FORREST
United States District Judge