```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  LONG PAINTING COMPANY,                                      :
                                                              :
                          Plaintiff,                          :
            -v-                                               :
                                                              :         17-cv-9975 (KBF)
  GENERAL ELECTRIC COMPANY and                                :
  ALSTOM RENEWABLE US LLC                                     :            ORDER
                                                              :
                          Defendants.                         :
------------------------------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: February 5, 2018

KATHERINE B. FORREST, District Judge:

      The Court is in receipt of plaintiff's letter and request for transfer filed on February 1, 2018. (ECF No. 18.) Defendant is directed to file a response **not later than Friday, February 9, 2018**.

SO ORDERED.

Dated:    New York, New York
            February 5, 2018

                                                              KATHERINE B. FORREST
                                                              United States District Judge