UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

LONG PAINTING COMPANY,

                             Plaintiff,

        -v-

GENERAL ELECTRIC COMPANY and
ALSTOM RENEWABLE US LLC

                            Defendants.

------------------------------------------------------------- X

17-cv-9975 (KBF)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: <u>February 14, 2018</u>

KATHERINE B. FORREST, District Judge:

       The Court must reschedule the initial pretrial conference ("IPTC") currently set for Friday, February 23, 2018 at 4:00 p.m. to **Thursday, March 1, 2018 at 10:00 a.m.**

SO ORDERED.

Dated:     New York, New York
              February 14, 2018

                                                    KATHERINE B. FORREST
                                                  United States District Judge