UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

LONG PAINTING COMPANY,

                     Plaintiff,

    -v-

GENERAL ELECTRIC COMPANY and
ALSTOM RENEWABLE US LLC,

                 Defendants.

------------------------------------------------------------------ X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: <u>March 1, 2018</u> |

17-cv-9975 (KBF)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

      It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program.  The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  The mediation shall have no effect upon the Scheduling Order issued by this Court; the litigation schedule shall proceed in parallel with the litigation schedule.

SO ORDERED.

Dated:     New York, New York
            March 1, 2018

                                   _____
                                    KATHERINE B. FORREST
                                 United States District Judge