UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Long Painting Company                              :
                                                   :
                                                   :
                               Plaintiff(s),       :
                                                   :        17   Civ. 9975   (KBF)
            -v-                                    :
General Electric Company and                       :        SCHEDULING ORDER
Alstom Renewable US LLC                            :
                                                   :
                               Defendant(s).       :
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties **[do ☐ / do not ☑]** consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2. Amended pleadings may not be filed, and no party may be joined, without leave of Court more than 20 days after the filing of this Order or the filing of a responsive pleading, whichever occurs first.

3. Close of fact discovery: _October 1, 2018_. **[within 4 months unless the case is particularly complex]**

4. Close of expert discovery: ~~October 26, 2018~~ _December 3, 2018_. **[25 days after the close of fact discovery; the parties are to negotiate interim dates regarding expert witnesses]**

    The parties contemplate experts in this matter for the following subject(s): _____.

5. **[For F.L.S.A. actions only]** Plaintiff(s) **[do ☐ / do not ☐]** anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b). Plaintiff(s) shall include a proposed notice with the opening brief.

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

Section 216(b) proposed briefing schedule:
Opening:      _____ [30 days after initial conference]
Opp'n:        _____ [21 days after opening brief]
Reply:        _____ [7 days after opposition brief]

6. The parties [do   / do not  ] anticipate making dispositive motions.
   The contemplated dispositive motion(s) is/are a motion(s)
   Both parties may make dispositive motions_____.

   12/17/18
   1/22/19
   2/2/19

   Proposed briefing schedule:
   ← Opening:  ~~October 15, 2018~~   [no later than item 3]
   ← Opp'n:    ~~November 5, 2018~~   [21 days after opening brief]
   ← Reply:    ~~November 12, 2018~~  [7 days after opposition brief]
   *Last dates to file; motions may be brought at any time.*

7. Trial [will ☐ / will not ✓] be before a jury.[2]

**DO NOT FILL IN BELOW. THE COURT WILL SET ITEMS 7-10.**

8. The next status conference is set for __5/7/18__ at _1pm_. (telephonic)

9. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due: _____.

10. The Final Pretrial Conference ("FPTC") is set for _____ at _____.

    Motions in limine are due <u>two weeks</u> before FPTC; oppositions are due one week later. <u>Daubert</u> motions are due <u>four weeks</u> before FPTC; oppositions are due two weeks later. (No replies.)[3]

11. Trial in this matter shall commence on __3/29/19__. Trial is anticipated to take ___1___ [days / ~~weeks~~].

**Settlement discussions must occur in parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).**

SO ORDERED.
Dated: New York, New York
       3/1, 2018

                                        _____KB. Forrest_____
                                        KATHERINE B. FORREST
                                        United States District Judge

---

[2] Checking this box does not constitute a formal jury demand under Fed. R. Civ. P. 38(b). It serves a purely administrative function.

[3] Deadlines for motions in limine and <u>Daubert</u> motions are generalized and subject to change. The parties may request modified schedule if desired.